■ GREENPOINT BANK, Plaintiff, v HYMAN J. GAINES, P.C., PROFIT SHARING PLAN, et al., Defendants, and ALBERTO ARAUJO, Appellant. CULLEN AND DYKMAN, LLP, Nonparty Respondent. [9 NYS3d 587]—In an action to foreclose a mortgage, the defendant Alberto Araujo appeals from an order of the Supreme Court, Nassau County (Woodard, J.), entered June 26, 2013, which denied his motion to recover certain monies in this action.

Ordered that the order is affirmed, without costs or disbursements.

The appellant claims that he was entitled to additional surplus funds following a 2002 judgment of foreclosure and sale which was entered upon his default. However, contrary to the appellant's contention, the record does not support his claim. Accordingly, the Supreme Court properly denied his motion to recover additional surplus funds. Hall, J.P., Sgroi, Miller and Hinds-Radix, JJ., concur.